IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDERICK PRICE,** | ) |
| | ) |
|           **Petitioner,** | ) |
| | ) |
| vs. | )   CIVIL NO. 06-217-GPM |
| | ) |
| **STATE OF ILLINOIS,** | ) |
| | ) |
|           **Respondent.** | ) |

## MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Before the Court is Petitioner's self-styled petition for writ of habeas corpus, in which he challenges his conviction in Clinton County, Illinois, for driving with a revoked license. However, Petitioner's pleadings do not contain sufficient information regarding this conviction to enable Respondent to file an appropriate reply, and the petition is not prepared on the forms provided in this district court that would guide Petitioner in providing the necessary information.

**IT IS THEREFORE ORDERED** that the petition is **STRICKEN**. Petitioner is **GRANTED** leave to refile his petition on the appropriate forms in compliance with this Order within **THIRTY (30) DAYS** of entry of this Order. The Clerk of Court is **DIRECTED** to provide Petitioner with a sufficient number of the appropriate forms.

**IT IS FURTHER ORDERED** that any new petition that is not in strict compliance with this Order shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that upon conclusion of the thirty-day period, should Petitioner fail to refile his petition, this case will be closed for failure to comply with an Order of

this Court.  FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

DATED:  06/30/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
