IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDERICK PRICE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-217-GPM |
| | ) |
| **STATE OF ILLINOIS,** | ) |
| | ) |
| Respondent. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

On July 5, 2006, the Court struck the habeas corpus petition, finding that it did not contain sufficient information regarding Petitioner's conviction that would enable Respondent to file an appropriate reply (Doc. 9). Petitioner was granted 30 days to file a new petition, and no new petition has yet been received. The Court notes, however, that the July 5 Order was returned to the Clerk of Court as undeliverable, and it does not appear that Petitioner has notified the Clerk of his new address.

Giving him the benefit of the doubt, Petitioner is **GRANTED** an additional **THIRTY (30) DAYS**, from the date of entry of this Memorandum and Order, to refile his petition on the appropriate forms in compliance with the Court's July 5 Order. The Clerk of Court is once again **DIRECTED** to provide Petitioner with a sufficient number of the appropriate forms.

**IT IS FURTHER ORDERED** that any new petition that is not in strict compliance with this Order shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that upon conclusion of the thirty-day period, should

Petitioner fail to refile his petition, this case will be closed for failure to comply with an Order of this Court.  FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk of Court informed of any change in his whereabouts during the pendency of this action.  This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs.

**IT IS SO ORDERED.**

DATED:  08/24/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge