IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDERICK PRICE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 06-217-GPM |
| | ) |
| STATE OF ILLINOIS, | ) |
| | ) |
| Respondent. | ) |

# ORDER OF DISMISSAL

This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus.  On July 5, 2006, the Court struck the habeas corpus petition, finding that it did not contain sufficient information regarding this conviction that would enable Respondent to file an appropriate reply (*see* Doc. 9).  Petitioner was given 30 days to file a new petition (*see id.*); the Court subsequently extended that time for an additional 30 days (*see* Doc. 11).

No new petition has yet been received, and that time period has long since elapsed.  Therefore, this action is summarily **DISMISSED on the merits** for failure to comply with an Order of this Court.  The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED:  10/18/06

                  s/ *G. Patrick Murphy*
                  G. PATRICK MURPHY
                  Chief United States District Judge